Ruth DeSantes, Respondent, *v.* Mural Transportation Corporation et al., Appellants, Impleaded with Another.

Argued March 4, 1941; decided April 17, 1941.

*Samuel N. Leiterman, E. Edan Spencer* and *Bernard Glassman* for Mural Transportation Corporation et al., appellants.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Irving Galt* of counsel), for Brooklyn and Queens Transit Corporation, appellant.

*Sol Douglas, Coleman Charney* and *Gustave Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.